UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KELLI BURNS | ) |
| | ) Civil Action |
| Plaintiff | ) |
| | ) |
| v. | ) Case No.: 13-cv-02761 |
| | ) |
| NCO FINANCIAL SYSTEMS, INC. | ) |
| | ) |
| Defendant | ) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, KELLI BURNS, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

Warren Law Group, P.C.

BY:   /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Warren Law Group, P.C.
58 Euclid Street
Woodbury, NJ 08096
856-848-4572
856-324-9081